196 So. 906

**Will SUMMERVILLE v. STATE.**

**6 Div. 608.**

Court of Appeals of Alabama.
Oct. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

192 So. 923

**Johnnie SWINDLE v. STATE.**

**6 Div. 489.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

192 So. 924.

**Henry TARVER v. STATE.**

**4 Div. 529.**

Court of Appeals of Alabama.
Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

195 So. 912

**Eddie TATE v. STATE.**

**5 Div. 96.**

Court of Appeals of Alabama.
April 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

193 So. 894

**Clint TAYLOR v. CITY OF HUNTSVILLE.**

**8 Div. 895.**

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.

192 So. 924

**Carl TAYLOR v. STATE.**

**6 Div. 457.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.